## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**NIKISTA JACKSON**                                                                    **PLAINTIFF**
**#97517**

**V.**                                          **NO. 4:22-cv-001162-JM**

**HIGGINS,** *et al.*                                                              **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE